IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01883-MSK-CBS

ONLINE TOOLS FOR PARENTS, LLC,

    Plaintiff,

v.

TOM VILSACK, Secretary, United States Department of Agriculture,

    Defendant.

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Rule 41(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Online Tools for Parents, LLC; and Defendant Tom Vilsack, Secretary, United States Department of Agriculture ("USDA"); through undersigned counsel, hereby stipulate to the dismissal without prejudice of the counterclaim asserted by the USDA in the Answer and Counterclaim filed August 23, 2013 (# 90), with each party bearing its own costs, fees and expenses.

Plaintiff further covenants that it will not appeal the Court's Judgment (# 109) dismissing all of its claims against Defendant in accordance with the Opinion and Order Granting Motion for Summary Judgment (# 108). In addition, Plaintiff does hereby release, forever discharge, and covenant not to sue the United States from any and all claims, actions, causes of action, suits, damages, injuries, duties, rights, obligations, liabilities, adjustments, responsibilities, judgments,

-2-

trespasses, and demands, whatsoever, in law or in equity, whether known or unknown, suspected or unsuspected to exist, which were made or could have been made by the Plaintiff at the time the present lawsuit was filed relating to: United States Trademark Registration No. 4,101,749; any other intellectual property interests asserted by Plaintiff in the PickChow! Plate design (collectively "the Intellectual Property"); and Plaintiff's participation in the Apps for Healthy Kids competition. This release and covenant not to sue shall be binding upon Plaintiff, its successors, principals and assigns as well as any future successor owner of the Intellectual Property.

Dated: October 9, 2014

Respectfully submitted,

*Theodore E. Laszlo, Jr.* (#36254)
Michael J. Laszlo (#38206)
LASZLO & ASSOCIATES, LLC
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
Telephone: 303-926-0410
Fax: 303-443-0758
tlaszlo@laszlolaw.com
mlaszlo@laszlolaw.com

*Attorneys for Plaintiff*

Karen Laszlo
(Authorized representative of the Plaintiff)

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JOHN F. WALSH
United States Attorney

JOHN J. FARGO
Director

Dated: October 9, 2014

SCOTT BOLDEN
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email:      Scott.Bolden@USDOJ.gov
Telephone:  (202) 307-0262
Facsimile:  (202) 307-0345

MARCY E. COOK
ZEYEN WU
Assistant United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0404

Counsel for Secretary Vilsack

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Theodore Laszlo, Jr.
    tlaszlo@laszlolaw.com
    Counsel for Plaintiff

I also hereby certify that on this 9th day of October, 2014, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

    None

                                        s/ Scott Bolden
                                        Scott Bolden